UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Temo DUBLE-Chaparro<br><br><br><br>　　　　　　Defendants. | Magistrate Docket No.  '21 MJ04291<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(2)(B)(iii)<br>Bringing in Illegal Aliens Without Presentation<br><br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens |

　　The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about October 25, 2021, within the Southern District of California, defendant Temo DUBLE-Chaparro, knowingly or in reckless disregard of the fact that certain aliens, namely, Iram HERNANDEZ-Santizo, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

## COUNT TWO

On or about October 25, 2021, within the Southern District of California, defendant Temo DUBLE-Chaparro, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Iram HERNANDEZ-Santizo, Germain JUAREZ-Roblero and Humberto JUAREZ-Roblero had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 26, 2021.

_____
HON. MICHAEL S. BERG
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Temo DUBLE-Chaparro

## PROBABLE CAUSE STATEMENT

The complainant states that Iram HERNANDEZ-Santizo, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On October 25, 2021, Border Patrol Agents E. Ortiz, F. Hurtado and M. Menocal were conducting assigned duties in the Chula Vista Border Patrol Station's Area of Responsibility. At approximately 7:17 AM, Agent Ortiz observed five individuals wearing dark clothing, run and lay under a roadside bush. At approximately 7:20 AM, Agent Ortiz observed a gray Honda sedan drive slowly through the area and towards where the five individuals were laying. Agent Ortiz observed the five individuals emerge from the brush and run in the direction of the vehicle and advised other agents via radio communications. Agent Hurtado observed the individuals open the rear and front passenger doors to enter inside and the Honda. The Honda proceeded to leave the area and drive south on Alta Road, Agent Menocal pursued the Honda and initiated a vehicle stop on Otay Mesa Road with emergency lights activated, the Honda yielded.

Agent Hurtado approached the Honda and identified himself to the occupants as a United States Border Patrol Agent and conducted an immigration inspection. Agent Hurtado observed one individual, later identified as defendant, Temo DUBLE-Chaparro, in the front passenger seat and four others, including material witnesses later identified as, Iram HERNANDEZ-Santizo, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero laying down in the rear passenger seat.  All five individuals, including DUBLE, HERNANDEZ, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero, admitted to being Mexican citizens not in possession of immigration documents that would allow them to enter and or remain in the United States legally.

At approximately 7:27 am, Agent Hurtado placed all individuals under arrest, including DUBLE, HERNANDEZ, Germain JUAREZ-Roblero and Humberto JUAREZ-Roblero.  This area is approximately one mile north of the United States/Mexico Boundary and one mile east of the Otay Mesa, California, Port of Entry.

During each material witness interview; Iram HERNANDEZ-Santizo, Germain JUAREZ-Roblero, and  Humberto JUAREZ-Roblero, admitted to being a citizens of Mexico and that they

**CONTINUATION OF COMPLAINT:**
Temo DUBLE-Chaparro

do not have any immigration documents allowing them to enter or remain in the United States legally. HERNANDEZ, Germain JUAREZ-Roblero and Humberto JUAREZ-Roblero admitted to making smuggling arrangements and agreed to pay approximately $7,000 USD, if successfully smuggled into the United States.

HERNANDEZ, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero stated they were smuggled through the mountains by an individual in his group who they positively identified as the defendant, DUBLE. HERNANDEZ and Humberto JUAREZ-Roblero stated that DUBLE gave several instructions including when to eat and rest. Germain JUAREZ-Roblero and Humberto JUAREZ-Roblero stated that DUBLE smuggled the group of individuals to an unknown area near a street and told the group that a grey vehicle was going to pick them up and take them to an unknown location. Humberto JUAREZ-Roblero stated that a grey vehicle driven by a male approached them and stopped near the group. Humberto JUAREZ-Roblero stated they walked up to the car and were told by the driver to get in. HERNANDEZ and Germain JUAREZ-Roblero stated the defendant, DUBLE, instructed them to get into vehicle.

Humberto JUAREZ-Roblero stated that five people got into the vehicle, including the individual that guided the group into the United States, defendant DUBLE. HERNANDEZ, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero also stated that they rode for approximately two to fifteen minutes before they were pulled over by Border Patrol and arrested.

HERNANDEZ, Germain JUAREZ-Roblero, and Humberto JUAREZ-Roblero were shown a photographic line-up, containing six photos, and positively identified the defendant, DUBLE as the individual who guided them into the United States illegally in this event.